1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9   KENNETH A. LANDREAUX,            )
                                    )
10           Plaintiff,             )
                                    )
11          vs.                     )        CIV 06-02879 PHX ROS MEA
                                    )
12   JOSEPH ARPAIO,                 )        REPORT AND RECOMMENDATION
                                    )               FOR DISMISSAL
13           Defendant.             )        WITHOUT PREJUDICE
     _____)
14

TO THE HONORABLE ROSLYN O. SILVER:

        Plaintiff filed his complaint on November 30, 2006.
On February 13, 2007, the Court ordered Plaintiff to complete
and return a service packet for Defendant to the Court by March
5, 2007.  Plaintiff was warned that his failure to acquire a
waiver of service from Defendant or to complete service of
process on Defendant within 60 days of the date the service
order was filed, i.e., by April 13, 2007, would result in the
dismissal of the complaint pursuant to Rule 4(m), Federal Rules
of Civil Procedure, and Rule 16.2(b)(2)(B), of the United States
District Court for the District of Arizona Local Rules of Civil
Procedure.  The civil docket in this matter indicates that
Plaintiff has failed to return service packets to the Court, or
acquire a waiver of service from Defendant or to complete
service of process on Defendant.

On April 17, 2007, the Court allowed Plaintiff until May 11, 2007, to show cause why this case should not be dismissed for Plaintiff's failure to effect service of process on Defendant as required by the Court's order of February 13, 2007, and Rule 4, Federal Rules of Civil Procedure.   Plaintiff has failed to show cause for his failure to effect service of process on Defendant.   The Order to Show Cause sent to Plaintiff at his last known address was not returned as undeliverable; Plaintiff did receive notice of the Court's intent to dismiss this matter.

**THEREFORE**, **IT IS RECOMMENDED that** this case be dismissed for Plaintiff's failure to serve the Defendant in this matter.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment.

Pursuant to Rule 72(b), Federal Rules of Civil Procedure, the parties shall have ten (10) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court.   Thereafter, the parties have ten (10) days within which to file a response to the objections.   Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo appellate consideration of the issues.   See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).   Failure to

timely file objections to any factual or legal determinations of the Magistrate Judge will constitute a waiver of a party's right to appellate review of the findings of fact and conclusions of law in an order or judgment entered pursuant to the recommendation of the Magistrate Judge.

DATED this 15th day of May, 2007.


_____
Mark E. Aspey
United States Magistrate Judge

-3-